# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**VYESTER LAMAR,**

    **Plaintiff,**

  v.

    Case No. 2:20-cv-6457
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Kimberly A. Jolson

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 16, 2021.  (ECF No. 3.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 3.)  For the reasons set forth in the Report and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

**4/16/2021**                                                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                                                    **EDMUND A. SARGUS, JR.**
                                                                                             **UNITED STATES DISTRICT JUDGE**